# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JUAN HUMBERTO CASTILLO-ALVAREZ, | Civil Nos. 16-3007 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| SHERIFF ROGER HAWKINSON, et al, | |
| Defendants, | |

_____

Juan Humberto Castillo-Alvarez, Reg. No. 235086, MCF-Stillwater, 970 Pickett Street North, Bayport, MN 55003, *pro se* plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915A.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 11, 2017  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court